**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871

Attorney for Defendant, BRANDON SHAWN GREENE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON SHAWN GREENE,<br><br>Defendants. | **Case No.: 1:11-CR-00213 DLB AWI**<br><br>**STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE**<br><br>**DATE:** July 23, 2012<br>**TIME:** 1:30 p.m.<br>**JUDGE:** Dennis L. Beck |

It is hereby stipulated by and between Benjamin B. Wagner. United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for BRANDON SHAWN GREENE that the discovery hearing set for July 23, 2012 at 1:30 p.m. be taken off calendar and instead the matter set for further status conference on September 10, 2012 at 1:30 p.m.

At the last discovery hearing held on July 9, 2012, before Magistrate Judge Oberto, the defense learned that the subpoenaed hard drive could not be produced as it had been destroyed. Rather, a backup thumb drive could be produced, but that production was ordered diverted to the government as it constituted evidence. Other subpoenaed items either have been or will be produced and the expectation is the amount will be voluminous.

///

**STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE**
**Case No. 1:11-CR-00213 DLB AWI**

The backup thumb drive is of no value to the defense. The defense is requesting additional time to digest and analyze the records that are available and to continue its investigation.

The parties agree that the time between the date of this stipulation and the new status conference hearing date of September 10, 2012, shall be excluded in the interests of justice, including but not limited to continuity of counsel and reasonable time necessary for effective preparation pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161 (h)(1)(B)(l) and (iv).

For the reasons set forth above, the parties respectfully request that the hearing scheduled for July 23, 2012 at 1:30 p.m. be dropped from the calendar and anew status conference be scheduled for September 10, 2012, at 1:30 p.m.

Dated: July 19, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By /S/ Kimberly Sanchez
                                        KIMBERLY SANCHEZ
                                        Assistant U.S. Attorney


Dated: July 19, 2012                    By /S/ Dale A. Blickenstaff
                                        DALE A. BLICKENSTAFF
                                        Attorney for BRANDON SHAWN GREENE

**IT IS SO ORDERED.**

Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

IT IS SO ORDERED.

   Dated:   **July 19, 2012**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE**
**Case No. 1:11-CR-00213 DLB AWI**