| | |
|---|---|
| 1 | **DALE A. BLICKENSTAFF - #40681** |
| 2 | Attorney at Law<br>2350 West Shaw Avenue, Suite 132 |
| | Fresno, California 93711 |
| 3 | (559) 432-0986 Telephone |
| | (559) 432-4871 Facsimile |
| 4 | |
| 5 | Attorney for Defendant, BRANDON SHAWN GREENE |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-CR-00213 DLB AWI |
| Plaintiff, | ) | STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE |
| v. | ) | |
| BRANDON SHAWN GREENE, | ) | |
| Defendant. | ) | Date : September 10, 2012<br>Time : 1:30 p.m.<br>Judge : Dennis L. Beck |

It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for BRANDON SHAWN GREENE that the status conference set for September 10, 2012 at 1:30 p.m. be taken off calendar and instead the matter set for further status conference on October 29, 2012 at 1:30 p.m.

The last status conference was continued by stipulation from July 23, 2012 at 1:30 p.m. to September 10, 2012 at 1:30 p.m. The reason for the continuance was to allow time to examine employee work records associated with Liberty Firearms. The defense also held the belief a back up thumb drive, which was a substitute for the original hard drive of the business, was of no value. Because of new considerations, arrangements need to be made to examine the thumb drive forensically. An image of the thumb drive will have to be made and thereafter be examined by a defense expert.

1   The defense is requesting additional time to examine the thumb drive and to continue its
2   investigation.
3       The parties agree that the time between the date of this stipulation and the new status
4   conference hearing date of October 29, 2012, shall be excluded in the interests of justice, including
5   but not limited to continuity of counsel and reasonable time necessary for effective preparation
6   pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).
7       For the reasons set forth above, the parties respectfully request that the hearing scheduled for
8   September 10, 2012 at 1:30 p.m. be dropped from the calendar and a new status conference be
9   scheduled for October 29, 2012 at 1:30 p.m.

Dated: September 6, 2012                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By   /S/
                                            KIMBERLY SANCHEZ
                                            Assistant U.S. Attorney


Dated: September 6, 2012                    By  /S/ Dale A. Blickenstaff
                                            DALE BLICKENSTAFF
                                            Attorney for BRANDON SHAWN GREENE


**IT IS SO ORDERED**.

Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

   IT IS SO ORDERED.

   Dated:   **September 6, 2012**              /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE