IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11-CR-00213 AWI |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS (Fed. R. Crim. P. 48 (a)) |
| BRANDON SHAWN GREENE, | ) ) | |
| Defendant. | ) ) ) | |

O R D E R

IT IS HEREBY ORDERED that Counts seventeen through twenty two of the Indictment in the above-entitled case be dismissed.

IT IS SO ORDERED.

Dated: May 7, 2013

_____
SENIOR DISTRICT JUDGE

1