```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00213 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR EXTENSION OF BRIEFING |
| v. | ) DEADLINES AND CONTINUANCE OF HEARING |
| BRANDON GREENE, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale Blickenstaff, attorney for Brandon Greene, that the due date for the government's response to defendant's motion to dismiss counts 1-10 of the indictment be extended from May 3, 2013 to May 10, 2013; that the due date for the defendant's reply to the government's responses to the defendant's motions in limine be set for May 24, 2013; and that the hearing on the motions be continued from May 20, 2013 to June 3, 2013 at 1:30 p.m. The pending motion schedule did not have a date set for defense replies, and the defense needs additional time to prepare its response. The government filed its responses to all defense motions, except for the motion to

1

dismiss counts 1-10 of the indictment, which was inadvertently missed, and the government would also appreciate the additional time.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A). In determining whether such a continuance is warranted, the judge must consider, among other things, "[w]hether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice." 18 U.S.C. § 3161(h)(7)(B)(I).

Dated: May 7, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: May 7, 2013

/s/ Dale Blickenstaff
DALE BLICKENSTAFF
Attorney for Brandon Greene

IT IS SO ORDERED.

Dated: May 8, 2013

_____
SENIOR DISTRICT JUDGE