1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5  Attorney for Defendant, BRANDON SHAWN GREENE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-CR-00213 AWI |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANTS REPLIES TO GOVERNMENT'S OPPOSITION RESPONSES** |
| v. ) | |
| ) | |
| BRANDON SHAWN GREENE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Kimberly Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for BRANDON SHAWN GREENE that the due date for the Defendant's replies to the government's opposition responses be extended from May 24, 2013 to July 1, 2013; and that the hearing on the motions be continued from June 3, 2013 to July 8, 2013 at 1:30 p.m.

The Defendant has maintained in his motions that a certain computer hard drive which has become destroyed is vital to his defense. Allegedly, the hard drive was backed up by a digital system in the form of a thumb drive. A copy of the thumb drive has been provided to the defense which, in turn, was given to its expert. The expert was unable to open the thumb drive due to a copying procedure used by the government. The government and defense agreed the experts for each party

1 would communicate directly regarding opening the drive. Counsel learned yesterday (May 21, 2013)
2 that login information, passwords and user names somehow never reached the defense expert and,
3 thus, no analysis has been performed. The problem is being resolved by the parties.
4     The defense expert needs to open the thumb drive and undertake his analysis. His information
5 would effect the defense replies to the government's opposition responses and therefore additional
6 time is necessary.
7     For the reasons set forth above, the parties respectfully request that the hearing scheduled for
8 June 3, 2013 be continued to July 8, 2013 at 1:30 p.m and that defendant's replies to the government's
9 opposition responses be due on July 1, 2013. .

11 Dated: May 23, 2013                          Respectfully submitted,
12                                         BENJAMIN B. WAGNER
                                        United States Attorney

14                                         By   /S/
                                        KIMBERLY SANCHEZ
15                                         Assistant U.S. Attorney

17 Dated:May 23, 2013                              By   /S/ Dale A. Blickenstaff
18                                           DALE BLICKENSTAFF
                                          Attorney for BRANDON SHAWN GREENE

22 **IT IS SO ORDERED**.
23 Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

24 IT IS SO ORDERED.

25 Dated:   May 23, 2013
26                                                 SENIOR DISTRICT JUDGE