1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00213-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION HEARING |
| v. | |
| BRANDON GREENE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for the defendant, that the motion hearing set for September 3, 2013 at 1:30 pm before the Honorable Anthony W. Ishii be continued to September 16, 2013 at 1:30 p.m. The reason for the request is because undersigned counsel will be out of the state attending to a family medical emergency on the east coast until at least September 8, 2016. As the defendant's motions are pending, pursuant to 18 U.S.C. § 3161(h)(1)(D) provides for the delay from the filing of the motion through the conclusion of the hearing on such motion is excludable.

///

///

///

///

U.S. v. Greene Motion Hearing Stipulation                1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: August 27, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: August 27, 2013

/s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF
Attorney for Brandon Greene

IT IS SO ORDERED.

Dated:  August 27, 2013

_____
SENIOR DISTRICT JUDGE